IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAIME TORRES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-22-0362-HE |
| | ) | |
| THE GEO GROUP INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff filed this § 1983 case alleging that defendant failed to pay him minimum wage in accordance with the Fair Labor Standards Act and Oklahoma's Minimum Wage Act. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Amanda Green for initial proceedings. Judge Green has issued a Report and Recommendation recommending that plaintiff's application to proceed *in forma pauperis* be denied. Plaintiff has failed to object to the Report thereby waiving his right to appellate review of the factual and legal issue contained therein.

Accordingly, the Report and Recommendation [Doc. #5] is **ADOPTED**. Plaintiff is **ORDERED** to pay the complete filing fee within **twenty-one (21) days** of the date of this order. If the filing fee is not paid, this case will be dismissed without prejudice.

**IT IS SO ORDERED**.

Dated this 7th day of June, 2022.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE